01
02
03
04
05
06                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08  JEROME TALLEY,                    )   CASE NO. C08-1114-RSM
                                      )
09       Plaintiff,                   )
                                      )
10       v.                           )   ORDER GRANTING PLAINTIFF'S
                                      )   MOTION FOR EXTENSION OF TIME
11  T.C. BAILEY, et al.,              )
                                      )
12       Defendants.                  )
    _____    )
13

14      This is a civil rights action brought under § 1983. Currently pending before the Court

15  are defendants' motions for summary judgment and plaintiff's motion for an extension of time

16  to respond to defendants' summary judgment motion. The Court, having reviewed the

17  pending motions, and the balance of the record, does hereby ORDER as follows:

18      (1)   Plaintiff's motion for an extension of time to respond to defendants' summary

19  judgment motion (Dkt. 21) is GRANTED. Plaintiff is directed to file his response to

20  defendants' motion no later than **April 27, 2009**.

21      Plaintiff is advised, pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) and

22  Federal Rule of Civil Procedure 56, that he has a right to file counter-affidavits or other

responsive evidentiary materials in opposition to defendants' motion for summary judgment and that his failure to file such materials may result in the entry of summary judgment against him. If the motion for summary judgment is granted, plaintiff is advised that his case will be over. Thus, if plaintiff fails to file opposing counter-affidavits or other evidence, defendants' evidence might be taken as truth, and final judgment may be entered against plaintiff without a trial.

(2) Defendants' motion for summary judgment (Dkt. 17) is RENOTED for consideration on **May 1, 2009**.

(3) The Clerk is directed to send a copy of this Order to plaintiff together with copies of plaintiff's complaint (Dkt. 8) and of defendants' summary judgment papers (Dkts. 17, 18, 19, and 20).[i] The Clerk is further directed to send copies of this Order to counsel for defendants and to the Honorable Ricardo S. Martinez.

DATED this 23rd day of March, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

---

[i] Plaintiff indicates in his motion for extension of time that he is not in possession of any of his legal papers at this point and that he therefore requires copies of all documents on file in this case. However, plaintiff should be able to prepare his response to defendants' summary judgment motion with the few documents identified here.